Ronald E. Stadtmueller, Chapter 13 Trustee      Check No. 694051  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-11219 | 007-0 | JAMES K THOMPSON<br>Original Check written to:<br>CHEVRON<br>P O BOX 5010<br>CONCORD, CA  94524-0010 | xxxxxx9839 | 1,266.33 | 3.30 | 0.00 | 3.30 |
| 04-90429 | 003-0 | JODY COLE KEELEY<br>Original Check written to:<br>CHEVRON<br>P O BOX 5010<br>CONCORD, CA  94524-0010 | xxxxxx1930 | 853.83 | 25.20 | 0.00 | 25.20 |
| 04-90515 | 013-0 | ROLAND BRENT<br>Original Check written to:<br>CHEVRON<br>P O BOX 5010<br>CONCORD, CA  94524-0010 | xxxxxx2703 | 156.14 | 3.05 | 0.00 | 3.05 |
| 04-90566 | 009-0 | REX W WILLIAMS<br>Original Check written to:<br>SFC-CENTRAL BANKRUPTCY<br>652 BUSH RIVER RD # 206<br>COLUMBIA, SC  29210 | xxxxxx8878 | 250.77 | 10.23 | 0.00 | 10.23 |
| 05-10339 | 026-0 | MICHAEL W TAYLOR<br>Original Check written to:<br>CHEVRON<br>P O BOX 5010<br>CONCORD, CA  94524-0010 | xxxxxx5686 | 88.65 | 7.46 | 0.00 | 7.46 |
| 05-10643 | 002-0 | MITCHELL HARTSFIELD<br>Original Check written to:<br>SFC-CENTRAL BANKRUPTCY<br>652 BUSH RIVER RD # 206<br>COLUMBIA, SC  29210 | xxxxxx1547 | 0.00 | 462.17 | 0.00 | 462.17 |
| 05-90958 | 021-0 | FOREST LYNN SMITH<br>Original Check written to:<br>DAIMLER CHRYSLER<br>1011 WARRENVILLE RD<br>SUITE 600<br>LISLE, IL  60532 | xxxxxxxxxx-000 | 262.73 | 9.55 | 0.00 | 9.55 |